UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES HENRY CASTILLO,                    :
                                           :CIVIL ACTION NO. 3:18-CV-911
          Petitioner,                      :
                                           : (JUDGE MARIANI)
     v.                                    : (Chief Magistrate Judge Schwab)
                                           :
DAVID J. EBBERT,                           :
                                           :
          Respondent.                      :
                                           :
                                           :

## ORDER

AND NOW, THIS ____13th____ DAY OF SEPTEMBER 2019, upon review of

Magistrate Judge Schwab's Report and Recommendation (R&R) (Doc. 49) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT**:

1.  The R&R (Doc. 49) is **ADOPTED** for the reasons set forth therein;

2.  Petitioner's 28 U.S.C. § 2241 Petition is **DENIED**;

3.  The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge